UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 NOV 12 PM 4: 38

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-199 |
| Plaintiff, | JUDGE MORRISON |
| vs. | INDICTMENT |
| TYLER D. HARRELL, | 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1
### (Felon in Possession of a Firearm)

On or about October 4, 2020, in the Southern District of Ohio, the defendant, **TYLER D. HARRELL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Smith & Wesson Model SD40VE handgun, bearing serial number RAM0151, and the firearm was in and affecting interstate and foreign commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1).

2.    As a result of the offense alleged in Count 1 of the Indictment, the defendant, **TYLER D. HARRELL**, shall forfeit to the United States all firearms and ammunition involved in the aforementioned offense, specifically: a loaded Smith & Wesson Model SD40VE handgun, bearing serial number RAM0151, and any associated ammunition

Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the **Federal Rules of Criminal Procedure.**

s/ Foreperson
Foreperson

**DAVID M. DEVILLERS**
**UNITED STATES ATTORNEY**

**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**